```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY APONTE, et al.,

        Plaintiffs,

    -against-

CLINTON STREET PIZZA INC. D/B/A
RIZZO'S FINE PIZZA, et al.,

        Defendants.

20-CV-2037 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiffs' request for an extension of their deadline to effect service on defendants not already served with the summons and complaint in this matter (Dkt. No. 8 ¶ 19) is hereby GRANTED. Plaintiffs' deadline to serve defendants Alexander Lyudmir and Amedeo Orlando, is hereby EXTENDED, pursuant to Fed. R. Civ. P. 4(m), to **August 14, 2020**. Plaintiffs shall file an updated status letter, no later than **August 15, 2020**, informing the Court of their efforts to serve defendants Lyudmir and Orlando.

Dated: New York, New York
       July 9, 2020

                          **SO ORDERED**.

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**