UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

NANCY APONTE and ANGELO GABRIEL ALVES MARQUES,

                Plaintiffs,

      -against-

CLINTON STREET PIZZA INC. d/b/a RIZZO'S FINE PIZZA, FRANCESCO TAORMINA, *individually*, AMEDEO ORLANDO, *individually*, and ALEXANDER LYUDMIR, *individually*,

                Defendants.

----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/1/21_____

20-CV-2037 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court has received Plaintiffs' May 24, 2021 letter attaching a proposed amended complaint and clarifying that they intend to pursue four claims against Alexander Lyudmir—the sole defendant to have appeared in this action. (ECF No. 30.)

      Consistent with the Court's May 17, 2021 Opinion, it is hereby ORDERED that Defendant Lyudmir may file a response to Plaintiffs' letter by June 25, 2021. (*See* ECF No. 29 at 11.) It is further ORDERED that Plaintiffs' counsel shall serve a copy of this Order on Defendant Lyudmir and file proof of service on the docket.

      SO ORDERED.

Dated: New York, New York
      June 1, 2021

                                      */s/ Kimba M. Wood*
                                      KIMBA M. WOOD
                                United States District Judge