USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY APONTE, et al., | |
| Plaintiffs, | 20-CV-2037 (BCM) |
| -against- | ORDER |
| FRANCESCO TAORMINA, | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge**.

Following the April 20, 2022 telephonic conference in this matter:

It is hereby ORDERED that the deadline for the parties to file an amended *Cheeks* submission is **May 13, 2022**.

Dated: New York, New York
April 20, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**